NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted May 30, 2012
Decided June 4, 2012

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 11-3636

| | |
|---|---|
| ESTEBAN ALVAREZ, | Appeal from the United States District |
| *Plaintiff-Appellant,* | Court for the Northern District of Illinois, |
| | Eastern Division. |
| *v.* | |
| | No. 10cv6547 |
| J. ENRIQUEZ, et al. | |
| *Defendants-Appellees.* | Suzanne B. Conlon |
| | *Judge*. |

## O R D E R

Esteban Alvarez sued the City of Chicago and two Chicago police officers for false arrest, excessive force, and malicious prosecution. *See* 42 U.S.C. § 1983. After a trial, where Alvarez was represented by counsel, a jury ruled for the defendants.

Alvarez's pro se brief on appeal is difficult to understand and may even run afoul of a Federal Rule of Appellate Procedure because it lacks a statement of facts with citations to the record. *See* FED. R. APP. P. 28(a)(7). But based on a liberal construction of his filings, *see Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001), including his notice of appeal and reply brief, we understand him to attack the jury's verdict as contrary to the weight of the evidence. Alvarez, however, has not supplied a transcript of the trial proceedings to support his claim, thus leaving us without a basis to evaluate the evidence or meaningfully review his claim; the claim is therefore forfeited. S*ee* FED. R. APP. P. 10(b)(2); *Morisch v. United States*,

653 F.3d 522, 529 (7th Cir. 2011); *RK Co. v. See*, 622 F.3d 846, 853 (7th Cir. 2010).

                                                                                            DISMISSED.